**DENIED BY ORDER OF THE COURT**
**NO SHOWING OF GOOD CAUSE**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA GONZALEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LIVHOME, INC., a corporation; and DOES 1-50, Inclusive,<br><br>　　　　　Defendants. | Case No.  2:20-cv-05120-RGK-PLA<br>Assigned To Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE TRIAL DATE AND OTHER PRE-TRIAL DATES**<br><br>Complaint filed:  May 8, 2020<br>(originally filed in Los Angeles County Superior Court) |

~~After reviewing the parties' Joint Stipulation To Continue The Trial Date and Other Pre-Trial Dates (the "Stipulation"), and good cause been shown therefore,~~

~~**THE COURT HEREBY ORDERS AS FOLLOWS**:~~

~~1)　The current trial date is vacated and commencement of trial is continued to _____ 2021;~~

~~2)　All other pre-trial dates are continued as follows:~~

~~Discovery cut-off date is continued to _____, 2021;~~

~~Expert disclosure is continued to _____, 2021;~~

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1 ~~Motion cut-off is continued to _____, 2021; and~~
2 ~~Pretrial Conference is continued to _____, 2021.~~
3 ~~ADR cut-off shall be pursuant to Local Rule 16-15.2.~~
4     The Stipulation is DENIED.
5     **IT IS SO ORDERED**.

7 DATED: March 2, 2021

                                              HON. JUDGE R. GARY KLAUSNER
                                              United States District Court Judge