| | |
|---|---|
| 1 | LABOR LAW PC |
| 2 | Danny Yadidsion (SBN 260282)<br>100 Wilshire Blvd. Suite 700 |
| 3 | Santa Monica, CA  90401<br>Telephone:  310.494.6082 |
| 4 | Danny@LaborLawPC.com<br>Attorney for Plaintiff |
| 5 | ANGELICA GONZALEZ |
| 6 | MIRANDA A. MOSSAVAR, Bar No. 279251<br>mmossavar@littler.com |
| 7 | LITTLER MENDELSON, P.C.<br>2049 Century Park East |
| 8 | 5th Floor<br>Los Angeles, CA  90067.3107 |
| 9 | Telephone: 310.553.0308<br>Facsimile:  310.553.5583 |
| 10 | RAE CHUNG, Bar No. 318300 |
| 11 | rchung@littler.com<br>LITTLER MENDELSON, P.C. |
| 12 | 633 West 5th Street<br>63rd Floor |
| 13 | Los Angeles, CA  90071<br>Telephone: 213.443.4300 |
| 14 | Facsimile:  213.443.4299 |
| 15 | Attorneys for Defendant<br>LIVHOME, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA GONZALEZ, an individual,<br><br>                   Plaintiff,<br><br>     v.<br><br>LIVHOME, INC., a corporation; and DOES 1-50, Inclusive,<br><br>                   Defendants. | Case No.  2:20-cv-05120-RGK-PLA<br>Assigned To Hon. R. Gary Klausner<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Complaint filed:  May 8, 2020<br>(originally filed in Los Angeles County Superior Court) |

1     Having considered the papers, and finding that good cause exists, the Parties'
2 Stipulated Protective Order is granted.

**IT IS SO ORDERED.**

Dated: March 25, 2021

HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE